David M. Barkan (State Bar No. 160825/barkan@fr.com)
Craig R. Compton (State Bar No. 215491/compton@fr.com)
Jonathan J. Lamberson (State Bar. No. 239107/Lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Defendant YODLEE, INC.

Josh A. Krevitt (State Bar No. 208552/jkrevitt@gibsondunn.com)
Richard M. Koehl (Admitted pro hac vice/rkoehl@gibsondunn.com)
Anne Champion (Admitted pro hac vice/achampion@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

Wayne M. Barsky (State Bar No. 116731/wbarsky@gibsondunn.com)
Sarah Piepmeier (State Bar No. 227094/spiepmeier@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA  94104
Telephone:  (415) 393-8200
Facsimile:  (415) 374-8404

Attorneys for Plaintiff CASHEDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CASHEDGE INC.,<br><br>             Plaintiff,<br><br>   v.<br><br><br>YODLEE, INC.,<br><br>             Defendant. | Case No. C-05-2554 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CASE WITHOUT PREJUDICE** |

Pursuant to the parties' settlement agreement[1], Plaintiff CashEdge, Inc. and Defendant. Yodlee, Inc., by and through their undersigned counsel of record, hereby stipulate and move for an order dismissing the above-captioned case, including all claims and counterclaims, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall be responsible for its own costs and attorneys fees related to this action.

| | |
|---|---|
| Dated: December 21, 2007 | Dated: December 21, 2007 |
| FISH & RICHARDSON P.C. | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ David M. Barkan<br>David M. Barkan | By: /s/ Josh A. Krevitt<br>Josh A. Krevitt |
| Attorneys for Defendant<br>YODLEE, INC. | Attorneys for Plaintiff<br>CASHEDGE INC. |

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Josh A Krevitt.

Dated: December 21, 2007    FISH & RICHARDSON P.C.

By: \s\ David M. Barkan
David M. Barkan

Attorneys for Plaintiff
YODLEE, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that all claims and counterclaims in this case are dismissed without prejudice.

Dated: _____, 2007

_____
Honorable Susan Illston
United States District Judge

50454394.doc

---

[1] The parties' settlement agreement was executed on September 14, 2007. Shortly thereafter, on September 24, 2007, an Order of Dismissal was entered in related case No. C05-1550 (SI). The parties intended for that dismissal to apply to the present case as well.